# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| PRENTIS BOLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:23-cv-00113-DGK |
| ) | |
| UNION PACIFIC RAILROAD COMPANY, et al.,) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendant Union Pacific's Motion to Dismiss for Failure to State a Claim (Doc. 6) is GRANTED; Plaintiff's Motion to Remand is DENIED (Doc. 11); Plaintiff's Motion for Order in Opposition is DENIED (Doc. 16); Defendant National Mediation Board's Motion to Dismiss is GRANTED (Doc. 19); and Union Pacific's Motion to Strike is DENIED AS MOOT (Doc. 21).


August 29, 2023                              Paige Wymore-Wynn
Dated                                        Clerk of Court

August 30, 2023                              /s/ Tracy Strodtman
Entered                                      (by) Deputy Clerk